NUMBER
13-06-238-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_____________________________________________________________

 

BRIAN L. HAMLIN,                                                   Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

_____________________________________________________________

 

                   On
appeal from the 27th District Court 

                              of
Bell County, Texas.

______________________________________________________________

 

                     MEMORANDUM
OPINION

 

              Before
Justices Rodriguez, Castillo and Garza

                       Memorandum
Opinion Per Curiam

 

Appellant, BRIAN L. HAMLIN,
perfected an appeal from a judgment entered by the 27th District
Court of Bell County, Texas, 
in cause number 57532. 
Appellant has filed a motion to dismiss the appeal.  The motion complies with Tex. R. App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion
delivered and filed this

the 13th
day of July, 2006.